Form 3A
(10/05)

# United States Bankruptcy Court
District Of _____ Illinois _____

In re __Latoya Wimpie__,    Case No __08-16279__
         Debtor

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__    Check one ☐ With the filing of the petition, or
                          ☐ On or before _____

   $ __68.50__    on or before __July 24, 2008__

   $ __68.50__    on or before __Aug 24, 2008__

   $ __68.50__    on or before __Sept 24, 2008__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    __Latoya Wimpie__    __6/24/2008__
Signature of Attorney          Date         Signature of Debtor   Date
                                            (In a joint case, both spouses must sign.)

_____
Name of Attorney

                                            _____    _____
                                            Signature of Joint Debtor (if any)    Date

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 2 4 2008

KENNETH S. GARDNER, CLERK
PS REP. = RD

Form 3A Contd.
(10/05)

# United States Bankruptcy Court

District Of _____Illinois_____

In re __Latoya Klimpie__,
　　　　　　Debtor

Case No. __08-16279__

Chapter __13__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐　IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐　IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one ☐    With the filing of the petition, or
　　　　　　　　　　　　　　　☐    On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐　IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __JUN 24 2008__

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Kenneth S. Gardner, Clerk of the Court