```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 16279
   LATOYA WIMPIE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0896

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/24/2008 and was not confirmed.

     The case was dismissed without confirmation 09/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                           PAID            PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO PARKING  PRIORITY           6670.00          .00             .00
NATIONAL QUICK           UNSECURED         NOT FILED         .00             .00
PREMIER BANCARD CHARTER  UNSECURED            413.03         .00             .00
COMMONWEALTH EDISON      UNSECURED            695.00         .00             .00
ELITE RECOVERY           UNSECURED            518.94         .00             .00
ELITE RECOVERY           UNSECURED            824.04         .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED           1640.30         .00             .00
BALLY TOTAL FITNESS      UNSECURED            936.00         .00             .00
PRO SE DEBTOR            DEBTOR ATTY            .00                          .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------        --------------
TOTALS                        .00                    .00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 16279 LATOYA WIMPIE

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE